FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 NOV 16 P 3: 41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA

UNITED STATES OF AMERICA

v.

PAUL SHANNON SHOEMAKER

Case No. 3:97-cr-191-J-20HTS

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On November 16, 2006, Frank M. Talbot (for Arnold B. Corsmeier), Assistant United States Attorney, and the Defendant, PAUL SHANNON SHOEMAKER, appeared in person and with his counsel, Maurice C. Grant, II, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 101, filed October 10, 2006).

The Defendant, having heretofore been convicted on January 16, 1998, in Case No. 97-191-Cr-J-21C, of offense charged, to wit: Conspiracy to manufacture and distribute methamphetamine, in violation of Title 21 U.S.C. § 846, as charged in Count One of the Indictment, was sentenced to be imprisoned for a term of 68 months, and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised (Doc. No. 101, filed October 10, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **four (4) months**.

3. The Defendant is remanded to the custody of the United States Marshal to await designation of the institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 16x day of November, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Arnold B. Corsmeier, Esq.
Maurice C. Grant, II, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office